# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CODY KAHL

NO. 2023 KW 0910

**OCTOBER 23, 2023**

---

In Re:     Cody Kahl, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 43346.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, and 4-3, by failing to provide this court with evidence of a timely filed notice of intent, documentation of a return date set by the district court, and/or a timely filed extension to the return date. Additionally, in violation of Rules 4-5(B), (C)(8), and (10), relator's application was not properly bound, relator failed to provide this court with a copy of the bill of information or indictment, and failed to attach any pertinent court minutes. Furthermore, although it is not a violation of the Uniform Rules, relator failed to provide this court with a copy of the transcript of the hearing on the motion to suppress and exhibits, if any, introduced at the hearing, which would be necessary to review his claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 27, 2023. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT